IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:94CR000156-001F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF REMISSION |
| ) | |
| Ricardo George Carey, ) | |
| ) | |
| Defendant. ) | |

It having been shown reasonable efforts to collect the ordered fine in this action are not likely to be effective, the Court hereby orders that the unpaid fine imposed is hereby remitted in the interest of justice. 18 U.S.C. § 3573.

SO ORDERED this 11th day of March, 2011.

*James C. Fox*
JAMES C. FOX
United States District Court Judge